UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JOEL HUMBURG, ET AL.,

                             NO. CIV. 2:11-CV-02546 WBS GGH

       Plaintiff,

                             ORDER OF RECUSAL

               v.

WELLS FARGO BANK, N.A., ET AL.,

       Defendants.

_____/

----oo0oo----

       The undersigned hereby recuses himself as the judge to whom this case is assigned.

       IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

       Any dates previously set in this case are hereby VACATED.

DATED:  September 29, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1