Holly S. Burgess (SBN: 104757)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn Folsom Road, Suite 109
Auburn, CA  95661
Telephone:  (530) 889-8900
Facsimile:   (530) 820-1526
hollyburgess@lohsb.com

Attorneys for Plaintiffs
JOEL HUMBURG and DAWN K. HUMBURG

Christopher A. Carr (#44444)
  ccarr@afrct.com
Tim G. Ceperley (#112827)
  tceperley@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 S. Los Robles Ave., Ste. 600
Pasadena, CA  91101-2459
Tel:     (626) 535-1900
Fax:    (626) 577-7764

Attorneys for Defendant
Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") (sued as Wells Fargo Bank, N.A. aka Wachovia Mortgage, a division of Wells Fargo Bank N.A. and fka Wachovia Mortgage, FSB)

## THE UNITED STATES DISTRICT COURT

## THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JOEL HUMBURG and DAWN K. HUMBURG, <br><br>  Plaintiffs, <br>    vs. <br><br> WELLS FARGO BANK, N.A. aka Wachovia Mortgage, a division of Wells Fargo Bank, N.A. and fka Wachovia Mortgage, FSB; NDEX WEST, LLC; LSI TITLE COMPANY; a California corporation; ALL PERSONS KNOWN OR UNKNOWN CLAIMING AN INTEREST IN | **CASE NO. 2:11−CV−02546−GEB-GGH** <br><br> **JOINT STIPULATION TO CONTINUE MOTION TO DISMISS AND MOTION TO STRIKE; AND ORDER** <br><br> **JUDGE BURRELL** |

-1-

7601 Granite Avenue, Orangevale, California 95662; and DOES 1-20, inclusive,

Defendants.

## STIPULATION

This Stipulation is entered into by counsel for Plaintiffs JOEL AND DAWN HUMBURG ("Plaintiffs") and counsel for Defendants WELLS FARGO BANK, N.A. aka Wachovia Mortgage, a division of Wells Fargo Bank, N.A. and fka Wachovia Mortgage, FSB ("Defendants").

WHEREAS, Defendants' Motion to Dismiss and Motion to Strike are currently set for February 6, 2012;

WHEREAS, counsel for Defendants have agreed to continue the Motion to Dismiss and Motion to Strike for two weeks or to the next law and motion calendar, whichever is later, in the above titled court and department.

**NOW, THEREFORE, Plaintiffs and Defendants desire and hereby STIPULATE as follows:**

1. Defendants' hearing on the Motion(s) to Dismiss and Motion to Strike in this matter shall be continued to February 20, 2012, or to the next law and motion calendar date.

2. Plaintiffs shall have 14 days prior to the hearing date to respond or otherwise oppose the motion.

**IT IS SO STIPULATED.**

Dated: January 20, 2012          **THE LAW OFFICES OF HOLLY S. BURGESS**

By_____*/s/ Holly S. Burgess*_____
HOLLY S. BURGESS, Esq.
Attorney for Plaintiffs, Joel and Dawn Humburg

///

Dated: January 20, 2012            **ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP**

By:  _____*/s/ Tim G. Ceperley*_____
Tim G. Ceperley, Esq. tceperley@afrct.com
Attorneys for Defendant
Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo")

## ORDER

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Defendants' hearing on the Motion(s) to Dismiss and Motion to Strike in this matter shall be continued to Tuesday, February 21, 2012.

2. Plaintiffs shall have 14 days prior to the hearing date to respond or otherwise oppose the motion.

**IT IS SO ORDERED.**

**1/23/12**

_____
GARLAND E. BURRELL, JR.
United States District Judge

-3-